## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA/DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Crim. No. 04-20033-001 |
| LARRY D. BELL, | |
| Defendant. | |

### MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, LARRY BELL, by his attorney, and moves this Court for the entry of an Order continuing the sentencing hearing from January 28, 2005 at 10:00 a.m. to a time convenient for this Honorable Court. In support thereof, Mr. Bell states as follows:

1. That the sentencing hearing in this cause is scheduled for January 28, 2005, at 10:00 a..m. in Urbana before the Honorable Michael P. McCuskey, United States District Judge, presiding.

2. That defense counsel has career offender objections to the pre-sentence report solely based upon the *Blakely/Booker* decision.

3. That the undersigned attorney has advised the Defendant of the need to seek the continuance requested herein, and the Defendant has advised the undersigned attorney that he has no objection to a continuance of the sentencing hearing.

4. The ends of justice will be best served by continuing the sentencing hearing to a time convenient for this Honorable Court.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing.

Respectfully Submitted,

LARRY BELL, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:   s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-067
Email: tiffani_johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Richard Cox.

s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-067
Email: tiffani_johnson@fd.org