E-FILED
Friday, 08 July, 2005 10:50:43 AM
Clerk, U.S. District Court, ILCD

RECEIVED
JUL 0 8 2005
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

FILED
JUL - 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

July 4, 05
04-20033

Dear Judge McCuskey,

Hello!!

Thank you for the speedy reply. I was informed about your response to my letter today. I was seeking to get assistance and or advice concerning my Rule 35. You response was "The Prosecutor has to file it". I am aware of that. However, I'm not allowed to contact Mr. Cox and I'm aware that even if I do, I'll eventually need someone to represent me. The legal process is, I tell Mrs. Johnson what I have, she contacts Cox, I get a proffer, I get an agent and when we're all done, it all comes before you. We've taken almost all these steps and I don't know why Mrs. Johnson is refusing to finish what she started. Can she just abandon me? Can you appoint me another lawyer?

Mrs. Johnson & Mr. Espenoza on seperate occasions took information from me stating that "It has to be on file for me to use it on Rule 35 & that all that I gave them would go to "Agent Cathy" and that she would be to see me soon". I went back to Kankakee County for 4 months so I never met Agent Cathy. I called her and she said she had to have Mrs. Johnson or Espenoza present during our meeting. I can cooperate without counsel. Please have Mrs. Johnson finish the process she started or please appoint me new counsel. I'd also like for you to extend my life or window on Rule 35, being that I supplied Mrs. Johnson

And Espanoza with people who would be controlled buys,- back in Feb but due to what I call "Bad work ethics" on behalf of my counsel, I don't think I should have to pay.

I know my situation is complexed and there's actually more I'd like to seek advice about, like why am I still in Clinton? I've been sentenced since Feb 9 and I've been back here since June 9 and I've seen at least 20 people go to prison.

I'd also like you to put this letter in my file as you said you did that other one, so I can show later that I tried to Rule 35 on my own, I requested new counsel, I requested you to court order my counsel to see me and that I did all I could do - write my Judge cause noone else hears my voice.

Mr. McCoskey, you didn't want to give me all this time and I know it. I'm suffering for what I did and I will pay my debt to society but please, assist me so I can at least knock some of my time down.

To remind you, I'm the one person here for 1gram of crack, placed at 188-235 with no relevant conduct or any other enhancements beside priors.

You can write me again at the same address.

PS- I wrote Mr. Johnson the same day I wrote your last letter, no reply yet!

159 N. Monroe
Bradley, IL
60915

OR

101 W. Washington
Clinton, IL
61727





Leroy Bell
101 W. Washington
Clinton, IL 61727

Judge: M. M. McCuskey
201 S. Vine St
Urbana, IL 61802-3363